# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

IVORY SUTTLE,

                           Petitioner,

                                              **Case No.  08-C-639**
                                              **(Successive Petition -**
                                              **Case No. 12-C-921)**

                  -vs-

BRIAN BRYTON,

                           Respondent.

## DECISION AND ORDER

      The petitioner in this long-closed habeas action filed a motion to submit more evidence.  The instant motion, just like the underlying petition, is an unauthorized successive collateral attack.  28 U.S.C. § 2244(b)(3)(A).  Therefore, the Clerk of Court is **DIRECTED** to open a separate civil 28 U.S.C. § 2254 action with Suttle's motion to reconsider [ECF No. 14, Case No. 08-C-639], which is **DISMISSED** for lack of jurisdiction.

      Dated at Milwaukee, Wisconsin, this 7th day of September, 2012.

                             **SO ORDERED,**

                             _Rudolph T. Randa_

                             **HON. RUDOLPH T. RANDA**
                             **U.S. District Judge**